United States District Court
Southern District of Texas
**ENTERED**
July 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 6:18-CR-00067-02 |
| | § | |
| VICTOR ALFONSO ROMERO | § | |

## ORDER OF RECUSAL

This matter is scheduled for a detention hearing on July 6, 2018 at 1:30 p.m.

After obtaining additional information about the overall prosecution by the U. S. Attorney's Office, I must recuse myself from said matter and any and all related proceedings connected to this criminal prosecution pursuant to 28 U.S.C. §455(b)(3).

This matter will subsequently be re-assigned to another Magistrate Judge.

**DONE** this the 3rd day of July 2018 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge